**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN McALLISTER, Sr., | No. 17-17469 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-02884-JAT-DMF |
| v. | |
| PAUL PENZONE, Maricopa County Sheriff's Office; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted June 12, 2018**

Before:   RAWLINSON, CLIFTON, and NGUYEN, Circuit Judges.

Arizona state prisoner Jonathan McAllister, Sr., appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging

constitutional violations in connection with his detention at Maricopa County Jail.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion a dismissal for failure to comply with a court order, *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002), and we affirm.

The district court did not abuse its discretion by dismissing McAllister's action after McAllister failed to obey the court's order to file an amended complaint, because the court had already granted him an extension and warned him that failure to comply could result in dismissal. *See id.* at 642-43 (discussing the five factors for determining whether to dismiss under Fed. R. Civ. P. 41(b) for failure to comply with a court order); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (although dismissal is a harsh penalty, the district court's dismissal should not be disturbed absent "a definite and firm conviction" that it "committed a clear error of judgment" (citation and internal quotation marks omitted)). Contrary to McAllister's contention that the district court failed to rule on his motion for an extension of time to file an amended complaint, the district court denied his motion as moot because it had already sua sponte granted him an extension.

**AFFIRMED.**

17-17469